IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO: 5:14 cv 338

| | | |
|---|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY & NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | ORDER |
| CELEY'S QUALITY PLUMBING, INC., STEVEN R. LOWRY, TAMMY LOCKLEAR-LOWRY, and K.P.L., a minor, by and through her Guardian ad Litem, JOHN LOCKE MILHOLLAND, IV, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

THIS MATTER is before the Court on the Plaintiffs Nationwide Mutual Insurance Company and Nationwide Mutual Fire Insurance Company's Motion to Seal pursuant to Rule 5.2 of the Federal Rules of Civil Procedure.

IT APPEARING to the Court that this declaratory judgment action was filed in the United States District Court for the Eastern District of North Carolina on June 11, 2014. The document filings included a Cover Sheet, Civil Summonses, Complaint for Declaratory Judgment, Notice of Appearance, and Financial Disclosure Statement that included the minor, K.P.L.'s full name. Rule 5.2 of the Federal Rules of Civil Procedure requires that filings are to be redacted to only include a minor's initials, and the Court finds it appropriate to keep the unredacted filings under seal in order to protect the privacy interests of the minor.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED, that, pursuant to Rule 5.2 of the Federal Rules of Civil Procedure, the unredacted filings, including Cover Sheet, Civil Summonses, Complaint for Declaratory Judgment, Notice of Appearance, and Financial Disclosure Statement are to be kept under seal, and redacted documents to include only the minor's initials may be filed for the public record.

This the 12th day of June, 2014.

*James C. Fox*
James C. Fox
Senior United States District Judge