IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO: 5:14 cv 338-F

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY & NATIONWIDE MUTUAL FIRE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>CELEY'S QUALITY PLUMBING, INC., STEVEN R. LOWRY, TAMMY LOCKLEAR-LOWRY, and K.P.L., a minor, by and through her Guardian ad Litem, JOHN LOCKE MILHOLLAND, IV,<br><br>Defendants. | ORDER MODIFYING SCHEDULING ORDER (F. R. Civ. P. 6(b) & Local Civil Rules 6.1 and 7.1) |

THE COURT, on joint motion of Plaintiffs, Nationwide Mutual Insurance Company and Nationwide Mutual Fire Insurance Company, and the Lowry Defendants, within thirty (30) days following the close of discovery, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Civil Rules 6.1 and 7.1 for the Eastern District of North Carolina, hereby allows, for good cause shown, an extension of the following deadlines:

1. Plaintiffs' deadline to produce a list of trial witnesses and exhibits is extended from August 10, 2015 to October 23, 2015;

2. The Lowry Defendants' deadline to produce a list of trial witnesses and exhibits is extended from August 24, 2015 to November 6, 2015; and

3. The deadline for dispositive motions is extended from August 31, 2015 to September 30, 2015.

All other provisions of the Scheduling Order [DE-27], as amended by this Court on May 28, 2015 [DE-42], shall remain in effect.

This the __20__ day of __August__, 2015.

_/s/ Robert B. Jones, Jr._
Robert B. Jones, Jr.
U.S. Magistrate Judge